BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
1023 H Street, Suite B5
Sacramento, CA 95814
Telephone: (916) 448-8600
Facsimile: (916) 448-8605

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LIONEL L. HOSHOR** | Case No: CIV-06-1871 EFB |
| **Plaintiff,** | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | |
| **MICHAEL J. ASTRUE**[1] **Commissioner of Social Security of the United States of America,** | |
| **Defendant.** | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment is hereby extended from its current due date of February 20, 2007 to February 27, 2007. This is plaintiff's first extension and is required due to plaintiff's attorney's heavy briefing schedule.

////

////

////

---

[1] On February 12, 2007, Michael J. Astrue was appointed Commissioner of Social Security. Pursuant to Fed. R. Civ. P. 25, he is substituted in the place of Linda S. McMahon, Acting Commissioner.

1

1  Dated:  February 20, 2007          */s/Bess M. Brewer*
                                       BESS M. BREWER
2                                      Attorney at Law

3                                      Attorney for Plaintiff

4
   Dated: February 20, 2007           McGregor W. Scott
5                                      United States Attorney

6                                      By: */s/ Dennis J. Hanna*
                                       DENNIS J. HANNA
7                                      Special Assistant U.S. Attorney
                                       Social Security Administration
8
                                       Attorney for Defendant
9

10

11                              **ORDER**

12  Plaintiff's time to file the summary judgment is hereby extended to February 27, 2007.

13  IT IS SO ORDERED.

14  DATED:  February 22, 2007

15                                      _____
                                        EDMUND F. BRENNAN
                                        U.S. MAGISTRATE JUDGE

2