McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
DENNIS J. HANNA
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8943
    Facsimile:  (415) 744-0134
    E-Mail: Dennis.Hanna@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| LIONEL L. HOSHOR,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE[1],<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 2:06-CV-01871-EFB<br><br>STIPULATION AND ORDER |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's motion for summary judgment. This extension is necessary in order to provide further opportunity for review and analysis of this case and due to a scheduling conflict arising from the large number of cases which await briefing. The current due date is March 27, 2007. The new due date will be April 26,

---

[1] Michael J. Astrue became the Commissioner of Social Security on February 12, 2007. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should, therefore, be substituted for Commissioner Jo Anne B. Barnhart as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

2007.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: *March 21, 2007*                           */s/ Bess M. Brewer*
                                                  *(As authorized via e-mail)*
                                                  BESS M. BREWER
                                                  Attorney for Plaintiff

Dated: *March 21, 2007*                           McGREGOR W. SCOTT
                                                  United States Attorney
                                                  LUCILLE GONZALES MEIS
                                                  Regional Chief Counsel, Region IX
                                                  Social Security Administration

                                                  */s/ Dennis J. Hanna*
                                                  DENNIS J. HANNA
                                                  Special Assistant U.S. Attorney

                                                  Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

DATED:  March 27, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE