1  McGREGOR W. SCOTT
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   DENNIS J. HANNA
4  Special Assistant United States Attorney

5       333 Market Street, Suite 1500
        San Francisco, California 94105
6       Telephone: (415) 977-8943
        Facsimile: (415) 744-0134
7       E-Mail: Dennis.Hanna@ssa.gov

8  Attorneys for Defendant

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11                          **SACRAMENTO DIVISION**

12 LIONEL L. HOSHOR                )
                                   )   CIVIL NO. 2:06-CV-01871-EFB
13        Plaintiff,                )
                                   )
14        v.                        )   STIPULATION AND ORDER OF
                                   )   VOLUNTARY REMAND AND DISMISSAL
15 MICHAEL J. ASTRUE,              )   OF CASE, WITH DIRECTIONS TO CLERK
   Commissioner of                 )   TO ENTER JUDGMENT
16 Social Security,                )
                                   )
17        Defendant.                )
                                   )
18 _____)

19     IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the

20 approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of

21 this case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

22     Upon remand, this case will be assigned to an Administrative Law Judge ("ALJ"), who will be

23 directed to further evaluate Plaintiff's work activity and re-evaluate the credibility of Plaintiff's

24 subjective complaints pursuant to the regulations and Social Security Ruling 96-7p. In addition, the

25 ALJ will be directed to obtain vocational expert ("VE") testimony in order to clarify the effects of the

26 assessed limitations on Plaintiff's occupational base by presenting hypothetical questions to the VE that

27 are consistent with the RFC finding.

28 /////

It is further stipulated that the administrative decision is hereby vacated and that the Clerk of this Court shall be directed to enter a separate judgment herein, as provided for under Rules 58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to Shalala v. Schaefer, 509 U.S. 292, 113 S. Ct. 2625 (1993).

Respectfully submitted,

Dated: *March 29, 2007*  /s/ Bess M. Brewer
*(As authorized via e-mail)*
BESS M. BREWER
Attorney for Plaintiff

Dated: *March 29, 2007*  McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration


/s/ Dennis J. Hanna
DENNIS J. HANNA
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

DATED: March 30, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE